UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 19-21219-CIV-MORENO

KAY DARBY,

        Plaintiff,

vs.

CARNIVAL CORP.,

        Defendant.
_____/

### ORDER GRANTING MOTION FOR TERMINATION OF COUNSEL

THIS CAUSE came before the Court upon Plaintiff's Notice of Termination of Counsel **(D.E. 12)**, filed on **June 3, 2019**.

THE COURT has considered the notice, the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the notice is treated as a motion, which is GRANTED. Raul G. Delgado, II, Esq. is no longer counsel of record for the Plaintiff. Spencer Marc Aronfeld, Esq. will represent the Plaintiff in this matter.

DONE AND ORDERED in Chambers at Miami, Florida, this ____ of June 2019.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record