UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Case Number: 19-21219-CIV-MORENO

KAY DARBY,

      Plaintiff,

vs.

CARNIVAL CORP.,

      Defendant.
_____/

### ORDER ADOPTING MAGISTRATE JUDGE GOODMAN'S REPORT AND RECOMMENDATION AND DENYING PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

THE MATTER was referred to the Honorable Jonathan Goodman, United States Magistrate Judge, for a Report and Recommendation on Plaintiff's Motion for Partial Summary Judgment, filed on **August 12, 2021**. The Magistrate Judge filed a Report and Recommendation **(D.E. 110)** on **November 19, 2021**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues and notes that no party filed objections as to the Report and Recommendation, and the time for doing so has now passed. Being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Jonathan Goodman's Report and Recommendation is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that Plaintiff's Motion for Partial Summary Judgment is DENIED for the reasons stated in the Report and Recommendation.

DONE AND ORDERED in Chambers at Miami, Florida, this ___10___ of January 2022.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge Jonathan Goodman

Counsel of Record