UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 19-21219-CIV-MORENO

KAY DARBY,

        Plaintiff,

vs.

CARNIVAL CORP.,

        Defendant.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE GOODMAN'S REPORT AND RECOMMENDATION

THE MATTER was referred to the Honorable Jonathan Goodman, United States Magistrate Judge, for a Report and Recommendation on Defendant's Motion for Summary Judgment, filed on **August 12, 2021**. The Magistrate Judge filed a Report and Recommendation **(D.E. 112)** on **December 3, 2021**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues. The Court notes that no objections have been filed as to the issues addressed in the Report and Recommendation and the time for doing so has now passed.

      **ADJUDGED** that United States Magistrate Judge Jonathan Goodman's Report and Recommendation is **AFFIRMED** and **ADOPTED**. Accordingly, it is

      **ADJUDGED** that Defendant's Motion for Summary Judgment is GRANTED in part as to the Plaintiff's negligent failure to clean, install, and maintain flooring claims, negligent failure to provide adequate medical care claim, and negligent failure to implement proper cleaning procedures or follow proper procedures claims. It is also

**ADJUDGED** that the motion is DENIED as set forth in the Report and Recommendation.

DONE AND ORDERED in Chambers at Miami, Florida, this ___10___ of January 2022.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge Jonathan Goodman
Counsel of Record