UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 19-21219-CIV-MORENO

KAY DARBY,

    Plaintiff,

vs.

CARNIVAL CORP.,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE GOODMAN'S REPORT AND RECOMMENDATION

THE MATTER was referred to the Honorable Jonathan Goodman, United States Magistrate Judge, for a Report and Recommendation on Defendant's Daubert Motion to Strike Plaintiff's Expert Francisco de Caso, filed on **October 18, 2021**. The Magistrate Judge filed a Report and Recommendation **(D.E. 111)** on **November 23, 2021**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues that the objections to the Magistrate Judge's Report and Recommendation present, and being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Jonathan Goodman's Report and Recommendation is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that Defendant's Daubert Motion to Strike Plaintiff's Expert Francisco de Caso is GRANTED in part and DENIED in part. The motion is denied to the extent it seeks to exclude the expert's testimony as to the flooring and its slip resistance. The motion is granted to the extent it seeks to exclude the expert from testifying on human factors or lighting issues

contributing to the incident or Defendant's constructive knowledge. The Court also agrees with the Magistrate Judge that a *Daubert* hearing is unnecessary.

DONE AND ORDERED in Chambers at Miami, Florida, this ___12___ of January 2022.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge Jonathan Goodman

Counsel of Record